# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA KIMARI,<br><br>                              Plaintiff,<br><br>        vs.<br><br>CREDENCE RESOURCE<br>MANAGEMENT, LLC,<br><br>                            Defendant. | CASE NO. 19cv1033-LAB (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 13]** |

      The parties' joint motion to dismiss is **GRANTED**. Dkt. 13. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

      **IT IS SO ORDERED**.

Dated: October 28, 2019

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge

- 1 -